156

Jack Friedman, Appellee, v. Helmuth Kase, Appellant.
Gen. No. 44,583.

opinion
filed December 15, 1948; released for publication January 5, 1949.
Irving E. Hollobow and Laurence C. Warren, for appellant; Sherman H.
Canty, for appellee; Harry C. Kinne, of counsel. Opinion by JUSTICE
KILEY. Not to be published in full.

Samuel T. Chase, Appellee, v. W. Bramhall,
Appellant.
Gen. No. 44,400.

opinion filed